IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CLYDE JONES,           : | | |
|     Petitioner      : | | |
|                          : | No. 1:23-cv-01929 | |
|     v.              : | | |
|                          : | (Judge Kane) | |
| UNITED STATES OF AMERICA, : | | |
|     Respondent     : | | |

### ORDER

**AND NOW**, on this 5th day of February, 2024, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction; and

2. The Clerk of Court is directed to **CLOSE** this case.

                                                      s/ Yvette Kane
                                                      Yvette Kane, District Judge
                                                      United States District Court
                                                      Middle District of Pennsylvania